Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

**In re:   Case No.:   10–16348 JS      Chapter:   13**

Douglas H Eckes
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case  was entered on 4/27/10.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 4/27/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, D Smith410–962–4414